IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 12-261 |
| RANDY TAPIA : | |

# ORDER

AND NOW, this 3rd day of April, 2023, upon consideration of Defendant Randy Tapia's Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Document No. 195), and the Government's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.