IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-261-01 |
| | : | |
| RANDY TAPIA | : | |

## **ORDER**

AND NOW, this 5th day of June, 2025, upon consideration of Defendant Randy Tapia's pro se sentence reduction motions (ECF Nos. 206, 208) and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the motions are DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.